DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
MARALLE MESSRELIAN (SBN 316974)
    maralle@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone:  (818) 582-3086
Facsimile:   (818) 582-2561

Attorneys for Plaintiff,
OTINA SENGVONG, and all others similarly situated
(additional attorneys for Plaintiff on following page)

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>PROBUILD COMPANY LLC, a Delaware limited liability company dba DIXIELINE LUMBER & HOME CENTERS, DIXIELINE TRUSS YARD, DIXIELINE CLASSIC COLLECTIONS, DIXIELINE HOME CENTERS; BUILDERS FIRSTSOURCE-DALLAS, LLC, a Delaware limited liability company; BUILDERS FIRSTSOURCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 3:19-cv-02231-MMA (JLB)<br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed:    October 15, 2019<br>Hearing Date:  March 8, 2021<br>Hearing Time:  2:30 p.m.<br>Hearing Court: 3D, Hon. Michael M. Anello<br><br>***Submitted Herewith Under Separate Cover***<br>1. Memorandum of Points and Authorities;<br>2. Declaration of David Spivak;<br>3. Declaration of Walter Haines; and<br>4. [Proposed] Order. |

i

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

**ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649
Telephone:  (562) 256-1047
Facsimile:   (562) 256-1006

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 8, 2021 at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3D of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Otina Sengvong ("Plaintiff") will and hereby does move this Court for an order: (1) granting class certification of the Settlement Class solely for settlement purposes pursuant to Federal Rules of Civil Procedure § 23; (2) preliminarily approving the Stipulation of Class Settlement and Release Between Plaintiff and Defendants (the "Settlement")[1], (3) appointing David Spivak of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (5) appointing Plaintiff as Class Representative ("Representative Plaintiff"); (6) approving the use of the proposed notice procedures and related forms; (7) directing that notice be mailed to the proposed Settlement Class; and (8) scheduling a hearing date for motion for final approval of class action settlement and awards of attorneys' fees and costs.

"Settlement Class Members" means all persons employed by Defendants in California as non-exempt employees at any time during the Settlement Class Period (collectively referred as the "Settlement Class"). "Settlement Class Period" means the period from October 15, 2015 through October 3, 2020.

This Motion is made on the following grounds: (1) the Settlement Class meets all the requirements for class certification for settlement purposes only under Federal Rules of Civil Procedure § 23; (2) Plaintiff and his counsel are adequate to represent the Settlement Class; (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendants' potential liability exposure as compared against the risks of continued litigation; (4) the proposed notice procedures and related forms adequately apprise the Class

---

[1] The Settlement is attached as Exhibit 1 to the Declaration of David Spivak ("DS"), which is submitted herewith under a separate cover.

1

*Sengvong v. ProBuild Company, LLC*     Notice of Motion and Plaintiff's Motion for
Preliminary Approval of Class Action Settlement

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

Members of their rights under the Settlement and fully comport with due process; and (5) in view of the foregoing, notice should be disseminated to the Class Members and a hearing date for motion for final approval of class action settlement, and awards of attorneys' fees and costs should be set.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of David Spivak, the Declaration of Walter Haines, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: January 28, 2021          By: __/s/ David Spivak_____
                                 DAVID SPIVAK
                                 MARALLE MESSRELIAN
                                 Attorneys for Plaintiff,
                                 OTINA SENGVONG



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Sengvong v. ProBuild Company, LLC*     Notice of Motion and Plaintiff's Motion for
                                        Preliminary Approval of Class Action Settlement