AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>Plaintiff(s),<br><br>V.<br><br>PROBUILD COMPANY LLC, a Delaware limited liability company dba DIXIELINE LUMBER & HOME CENTERS, DIXIELINE TRUSS YARD, DIXIELINE CLASSIC COLLECTIONS, DIXIELINE HOME CENTERS; BUILDERS FIRSTSOURCE-DALLAS, LLC, a Delaware limited liability company; BUILDERS FIRSTSOURCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:19-CV-02231-MMA (JLB) |

Notice is hereby given that, subject to approval by the court, **BUILDERS FIRSTSOURCE, INC.** substitutes (Party(s) Name)

Matthew B. Golper of Ballard Rosenberg Golper & Savitt LLP , State Bar No. 275979 as counsel of record in place of
(Name of New Attorney)

**GOLDBERG SEGALLA LLP**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BALLARD ROSENBERG GOLPER & SAVITT LLP
Address: 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436
Telephone: (818) 508-3718    Facsimile (818) 506-4827
E-Mail (Optional): mgolper@brgslaw.com

I consent to the above substitution.    **BUILDERS FIRSTSOURCE, INC.**
Date: February 19, 2021
By: Amanda Weaver    _/s/_ (Signature of Party(s))

I consent to being substituted.    **GOLDBERG SEGALLA LLP**
Date: February 24, 2021
By: Stephen Mazzara    _/s/ Stephen Mazzara_ (Signature of Former Attorney(s))

I consent to the above substitution.    **BALLARD ROSENBERG GOLPER & SAVITT LLP**
Date: February 19, 2021
By: Matthew B. Golper    _/s/ Matthew B. Golper_ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: February 24, 2021    _/s/ Michael M. Anello_
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]