AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

OTINA SENGVONG, on behalf of himself, and all others similarly situated,

Plaintiff(s),

V.

PROBUILD COMPANY LLC, a Delaware limited liability company dba DIXIELINE LUMBER & HOME CENTERS, DIXIELINE TRUSS YARD, DIXIELINE CLASSIC COLLECTIONS, DIXIELINE HOME CENTERS; BUILDERS FIRSTSOURCE-DALLAS, LLC, a Delaware limited liability company; BUILDERS FIRSTSOURCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-CV-02231-MMA (JLB)

**Notice is hereby** given that, subject to approval by the court, **BUILDERS FIRSTSOURCE-DALLAS, LLC** substitutes (Party (s) Name)

Matthew B. Golper of Ballard Rosenberg Golper & Savitt LLP, State Bar No. 275979 as counsel of record in place of
(Name of New Attorney)

GOLDBERG SEGALLA LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BALLARD ROSENBERG GOLPER & SAVITT LLP |
| Address: | 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436 |
| Telephone: | (818) 508-3718          Facsimile          (818) 506-4827 |
| E-Mail (Optional): | mgolper@brgslaw.com |

I consent to the above substitution.

Date: February 19, 2021
By: Amanda Weaver

I consent to being substituted.

Date: February 24, 2021
By: Stephen Mazzara

I consent to the above substitution.

Date: February 19, 2021
By: Matthew B. Golper

**BUILDERS FIRSTSOURCE-DALLAS, LLC**

(Signature of Party (s))

**GOLDBERG SEGALLA LLP**

(Signature of Former Attorney (s))

**BALLARD ROSENBERG GOLPER & SAVITT LLP**

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 24, 2021

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]