AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>Plaintiff(s),<br><br>V.<br><br>PROBUILD COMPANY LLC, a Delaware limited liability company dba DIXIELINE LUMBER & HOME CENTERS, DIXIELINE TRUSS YARD, DIXIELINE CLASSIC COLLECTIONS, DIXIELINE HOME CENTERS; BUILDERS FIRSTSOURCE-DALLAS, LLC, a Delaware limited liability company; BUILDERS FIRSTSOURCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant(s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:19-CV-02231-MMA (JLB) |

Notice is hereby given that, subject to approval by the court, **PROBUILD COMPANY LLC** substitutes (Party(s) Name)

**Matthew B. Golper of Ballard Rosenberg Golper & Savitt LLP**, State Bar No. **275979** as counsel of record in place of (Name of New Attorney)

**GOLDBERG SEGALLA LLP**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BALLARD ROSENBERG GOLPER & SAVITT LLP |
| Address: | 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436 |
| Telephone: | (818) 508-3718      Facsimile  (818) 506-4827 |
| E-Mail (Optional): | mgolper@brgslaw.com |

I consent to the above substitution.      **PROBUILD COMPANY LLC**

Date: February 19, 2021
By: Amanda Weaver                  *(signature)*
                                                        (Signature of Party(s))

I consent to being substituted.      **GOLDBERG SEGALLA LLP**

Date: February 24, 2021
By: Stephen Mazzara                *(signature)*
                                                        (Signature of Former Attorney(s))

I consent to the above substitution.      **BALLARD ROSENBERG GOLPER & SAVITT LLP**

Date: February 19, 2021
By: Matthew B. Golper               *(signature)*
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED

Date: February 24, 2021              *(signature) Michael M. Anello*
                                                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**