# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROBUILD COMPANY LLC, et al.,<br><br>Defendants. | Case No. 3:19cv2231-MMA-JLB<br><br>**ORDER TAKING MOTION UNDER SUBMISSION AND VACATING HEARING;**<br><br>**FINDING MOOT DEFENSE COUNSEL'S MOTION TO APPEAR TELEPHONICALLY**<br><br>[Doc. No. 43] |

Plaintiff Otina Sengvong has filed an unopposed motion for preliminary approval of a class action settlement (Doc. No. 39), currently set for hearing on March 8, 2021. Upon due consideration, the Court finds the matter suitable for determination without oral argument. *See* CIVLR 7.1.d.1; Fed. R. Civ. P. 78(b). Accordingly, no appearances are required; the Court **VACATES** the previously scheduled hearing and **FINDS MOOT** defense counsel's motion to appear at the hearing telephonically (Doc. No. 43). The Court will issue a written ruling as soon as practicable.

**IT IS SO ORDERED**.

DATE: February 24, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge