# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROBUILD COMPANY LLC, et al.,<br><br>Defendants. | Case No. 3:19cv2231-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON (1) FINAL APPROVAL OF SETTLEMENT AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARD**<br><br>[Doc. No. 50] |

Plaintiff Otina Sengvong brings this putative wage and hour class action against Defendants Probuild Company, LLC, et al. The Court has preliminarily approved a class settlement pursuant to Federal Rule of Civil Procedure 23(e) and set a Final Approval Hearing for July 29, 2021. *See* Doc. No. 48. In doing so, the Court reserved the right to adjourn or continue the Final Approval Hearing from time to time without further notice to members of the Settlement Class. *See id*. ¶ 14.

The parties now jointly move to continue the Final Approval Hearing. *See* Doc. No. 50. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **ORDERS**:

(1) The Final Approval Hearing currently set July 29, 2021, is continued to **September 24, 2021 at 3:00 p.m.** in Courtroom 3D of the Edward J. Schwartz United

1

States Courthouse, located at 221 West Broadway, San Diego, CA 92101;

(2) Plaintiff's Motion for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Incentive Award is likewise continued to **September 24, 2021 at 3:00 p.m.** in Courtroom 3D of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101.

**IT IS SO ORDERED**.

DATE: June 25, 2021

HON. MICHAEL M. ANELLO
United States District Judge