DAVID G. SPIVAK (SBN 179684)
  david@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone (213) 725-9094
Facsimile (213) 634-2485

Attorneys for Plaintiff,
OTINA SENGVONG, and all others similarly situated
(additional attorneys listed on next page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTINA SENGVONG, on behalf of himself, and all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>PROBUILD COMPANY LLC, a Delaware limited liability company dba DIXIELINE LUMBER & HOME CENTERS, DIXIELINE TRUSS YARD, DIXIELINE CLASSIC COLLECTIONS, DIXIELINE HOME CENTERS; BUILDERS FIRSTSOURCE-DALLAS, LLC, a Delaware limited liability company; BUILDERS FIRSTSOURCE, INC., a Delaware corporation; AND DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 3:19-cv-02231-MMA (JLB)<br><br>*[Assigned to Hon. Michael M. Anello]*<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:   10/15/2019<br>Hearing Date:   9/24/2021<br>Hearing Time:   3:00 p.m.<br>Hearing Location:   3D<br><br>***Submitted Herewith Under Separate Cover***<br>1. Memorandum of Points and Authorities;<br>2. Declarations of David Spivak, and Elizabeth Kruckenberg; and<br>3. [Proposed] Order. |



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

1

*Sengvong v. Probuild Company LLC, et al.*   Notice of Motion and Motion for Final Approval of Class Action Settlement

## **ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
  walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
4276 Katella Ave., #301
Los Alamitos, CA 90720
Telephone:  (562) 256-1047
Facsimile:   (562) 256-1006

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 24, 2021, at 3:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 3D of the above-entitled court, located at the Edward J. Schwarz United States Courthouse, 221 West Broadway, San Diego, California, 92101, Plaintiff Otina Sengvong ("Plaintiff") will and hereby does move this Court for an order: (1) finally approving the joint Stipulation of Class Settlement and Release Between Plaintiff and Defendants ("Settlement") agreed to by Plaintiff and Defendants ProBuild Company LLC (dba Dixieline Lumber & Home Centers, Dixieline Truss Yard, Dixieline Classic Collections, Dixieline Home Centers), Builders FirstSource Dallas, LLC, and Builders FirstSource, Inc. (collectively, "Defendants"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as class representative; and (5) granting final approval to an allocation of $40,000 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $30,000 will be paid to the Labor and Workforce Development agency ("LWDA") and $10,000 of which will be included within the Net Settlement Amount to be made available for distribution to Settlement Class Members; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

The "Settlement Class" consists of all persons employed by Defendants in California as non-exempt employees at any time during the Settlement Class Period. The "Settlement Class Period" is from October 15, 2015 through October 3, 2020.



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and his counsel are adequate to represent the Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendants' potential liability exposure as compared against the risks of continued litigation; (4) the notice process performed by the Claims Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declarations of David Spivak and Elizabeth Kruckenberg, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: August 27, 2021          By /s/David Spivak
                                 DAVID SPIVAK
                                 Attorneys for Plaintiff, OTINA
                                 SENGVONG, and all others similarly
                                 situated



Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

4

*Sengvong v. Probuild Company LLC, et al.*          Notice of Motion and Motion for Final Approval of Class Action Settlement