

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otina Sengvong, on behalf of himself, and all others similarly situated,<br><br>**Plaintiff,**<br>V.<br><br>See Attachment<br><br>**Defendant.** | Civil Action No. 19-cv-2231-MMA-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court certifies the Settlement Class for the purposes of the Settlement. The Court approves the Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The Court awards attorneys' fees to Class Counsel in the amount of $350,000 and costs in the amount of $8,581.33. The Court further awards to Plaintiff an incentive payment for work performed as the class representative in the amount of $15,000. Judgment of dismissal is entered in accordance herewith, see Fed. R. Civ. P. 58(a), and the case is closed. The Court maintains jurisdiction over this matter for purpose of enforcing the Judgment.

Date: 10/1/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ T. Ferris

T. Ferris, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>19-cv-2231-MMA-JLB</u>

Probuild Company LLC, a Delaware limited liability company, doing business as, Dixieline Lumber & Home Centers; Dixieline Truss Yard; Dixieline Classic Collections; Dixieline Home Centers; Builders FirstSource-Dallas, LLC, a Delaware limited liability company; Builders FirstSource, Inc., a Delaware corporation; Does 1 through 50, inclusive,